**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Reyes,* Slip Opinion No. 2023-Ohio-3644.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2023-OHIO-3644

THE STATE OF OHIO, APPELLEE, *v.* REYES, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Reyes,* Slip Opinion No. 2023-Ohio-3644.]**

*Court of appeals' judgment reversed on the authority of* State v. Schilling—*Cause remanded to the court of appeals.*

(No. 2023-0151—Submitted September 27, 2023—Decided October 10, 2023.)

CERTIFIED by the Court of Appeals for Portage County,
No. 2022-P-0018, 2022-Ohio-4046.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Schilling*, __ Ohio St.3d __ 2023-Ohio-3027, __ N.E.3d __, and the cause is remanded to the court of appeals for further consideration based on this court's holding in *Schilling*. Appellant's motion to remand is denied as moot.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

_____

Walter E. Reyes, pro se.

_____